UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GARY PRICE THOMAS, | No. C 12-05607 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SONOMA COUNTY, | |
| Defendant(s). | |

On January 16, 2013, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of February 28, 2013. Dkt. No. 4. However, Plaintiff Gary Price Thomas failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the February 28 hearing and ORDERS Plaintiff Gary Price Thomas to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 21, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 7, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

        Plaintiff(s),

  v.

SONOMA COUNTY,

        Defendant(s).

No. C 12-05607 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Price Thomas
2423 McBride Lane #6
Santa Rosa, CA 95403

Dated: February 11, 2013

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk