United States District Court
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   GARY PRICE THOMAS,                    No. C 12-5607 SI

11              Plaintiff,                 **ORDER TO SHOW CAUSE**
        v.

12   SONOMA COUNTY, *et al.*,

13              Defendants.
                                        /
14

15      Defendant's motion to dismiss the complaint is scheduled for a hearing on May 17, 2013.  The

16   Court previously granted plaintiff's request for a continuance of the hearing to enable plaintiff time to

17   find a lawyer to represent him.  Plaintiff has not filed an opposition to the motion, nor has plaintiff taken

18   any action in this case since the Court granted the continuance.

19      Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing to be filed no later than **May**

20   **24, 2013**, why this case should not be dismissed without prejudice for failure to prosecute.  *See* Fed. R.

21   Civ. Proc. 41(b).  If plaintiff adequately responds to this Order and wishes to proceed with this lawsuit,

22   the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss.  The May

23   17, 2013 hearing and case management conference are VACATED.

24      **IT IS SO ORDERED.**

25
     Dated: May 10, 2013
26                                       SUSAN ILLSTON
                                         United States District Judge
27

28