IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

  v.

SONOMA COUNTY, *et al.*,

    Defendants.

       No. C 12-5607 SI

       **ORDER TO SHOW CAUSE**

Defendant's motion to dismiss the complaint is scheduled for a hearing on May 17, 2013. The Court previously granted plaintiff's request for a continuance of the hearing to enable plaintiff time to find a lawyer to represent him. Plaintiff has not filed an opposition to the motion, nor has plaintiff taken any action in this case since the Court granted the continuance.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing to be filed no later than **May 24, 2013**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). If plaintiff adequately responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The May 17, 2013 hearing and case management conference are VACATED.

**IT IS SO ORDERED.**

Dated: May 10, 2013

                                                          SUSAN ILLSTON
                                                          United States District Judge