IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS, | No. C 12-5607 SI |
| Plaintiff, | **ORDER RE: DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| SONOMA COUNTY, *et al.*, | |
| Defendants. | |

On January 16, 2013, defendant County of Sonoma filed a motion to dismiss the complaint and a motion for summary judgment. In support of the motion, defendant filed the declaration of Tracy Rankin. The declaration is not signed. After plaintiff failed to file an opposition, the Court issued an order to show cause and vacated the hearing on defendant's motion. Plaintiff then filed an opposition and a response to the order to show cause, stating that he does wish to prosecute this case. Accordingly, the Court is prepared to rule on defendant's pending motion. However, the Court cannot do so until defendant files a signed declaration of Tracy Rankin. Accordingly, the Court directs defendant to file a signed declaration no later than **June 28, 2013**; once the declaration is filed, the motion will be deemed submitted without oral argument.

**IT IS SO ORDERED.**

Dated: June 24, 2013

SUSAN ILLSTON
United States District Judge