IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONOMA COUNTY, *et al.*,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 12-5607 SI<br><br>**ORDER DISMISSING CLAIMS AGAINST INDIVIDUAL DEFENDANTS WITHOUT PREJUDICE** |

On June 25, 2013, the Court issued an order directing plaintiff to show cause in writing no later than July 8, 2013, why this action should not be dismissed without prejudice as to defendants Beth Wanamaker, Veronica Pineda, Daniel Chester, and Nancy Case Shaffer based on plaintiff's failure to serve those defendants within 120 days of the filing of the complaint. Plaintiff has not responded to the Order to Show Cause. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the Court DISMISSES plaintiff's claims against Beth Wanamaker, Veronica Pineda, Daniel Chester, and Nancy Case Shaffer without prejudice.

**IT IS SO ORDERED.**

Dated: July 21, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge