IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS, | No. C 12-5607 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SONOMA COUNTY, *et al.*, | |
| Defendants. / | |

The Court dismissed plaintiff's claims against defendants Beth Wanamaker, Veronica Pineda, Daniel Chester, and Nancy Case Shaffer without prejudice. The Court granted summary judgment in favor of defendant County of Sonoma. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 21, 2013

SUSAN ILLSTON
United States District Judge