UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

v.

NANCY A. SHAFFER, et al.,

    Defendants.

Case No. 13-cv-04861-JST

**ORDER OF REFERRAL**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to Thomas v. Sonoma County, No. 12-cv-5607-SI.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
JON S. TIGAR
United States District Judge